UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| KENNETH LAWRENCE SLAUGHTER, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. CV414-262 |
| WARDEN WALT DAVIS, | ) ) ) | |
| Respondent. | ) | |

## ORDER

Kenneth Slaughter, who is detained at the Hall County Correctional Institution in Gainesville, Georgia, has filed a habeas petition under 28 U.S.C. § 2254. (Doc. 1.) He attacks a DeKalb County conviction and sentence for aggravated stalking, burglary, and criminal damage to property. This case must be transferred to the United States District Court for the Northern District of Georgia.

Federal law permits a state prisoner's habeas petition to be filed in the district within which he was convicted or in the district within which he is confined. 28 U.S.C. § 2241(d); *Wright v. Indiana*, 263 F. App'x 794, 795 (11th Cir. 2008). Slaughter is neither detained in this district nor is he attacking a local conviction or sentence. Both Hall and DeKalb Counties lie within the Northern District's jurisdiction. 28 U.S.C. § 90. Since this case has absolutely no ties to this District, the Clerk is **DIRECTED** to transfer this case to the Northern District of Georgia for all further proceedings.

**SO ORDERED** this 2nd day of December, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA